Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
gallm@ballardspahr.com

*Attorney for Defendant Comcast Cable Communications Management, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA DOUANGDARA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE INC. AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | CASE NO.  2:22-cv-00852-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Anna Douangdara and Defendant Comcast Cable Communications Management, LLC,[1] stipulate and agree that Comcast has up to and including July 22, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Comcast additional time to investigate Plaintiff's allegations and for Comcast to prepare a response.  The current deadline to file a response is June 22, 2022.  Therefore, pursuant to LR IA 6-1, this stipulation is timely filed.

This is the first request for an extension of time for Comcast to respond to the

---

[1] By filing this Stipulation, Comcast is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMFIRM #403610143 v1

Complaint, and it is made in good faith and not for purposes of delay.

.

Dated: June 10, 2022

| BALLARD SPAHR LLP | FREEDOM LAW |
|---|---|
| By: /s/ Maria Gall | By: /s/ Gerardo Avalos |
| Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>1980 Festival Plaza Drive Suite 900<br>Las Vegas, Nevada 89135 | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Comcast Cable Communications Management, LLC* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2022

DMFIRM #403610143 v1

2