Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
            kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA DOUANGDARA,<br><br>                                          Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>                                          Defendants. | Case No. 2:22-cv-00852-JAD-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Anna Douangdara ("Plaintiff" or "Douangdara"), by and through her counsel of record, the law firm of Kind Law and Freedom Law Firm hereby stipulates and agrees as follows:

WHEREAS, Plaintiff filed its Complaint on May 27, 2022;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is June 26, 2022;

WHEREAS, due to the recent retention of counsel and the upcoming holidays, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including July 26, 2022 in which to respond to Plaintiff's Complaint;

1

1  WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through July 26, 2022 in which to respond to Plaintiff's Complaint.

| Respectfully Submitted by: | Approved by: |
|---|---|
| **GREENE INFUSO, LLP** | **KIND LAW** |
| /s/ Michael V. Infuso | _____ |
| Michael V. Infuso, Esq. | Michael Kind, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 13903 |
| Keith W. Barlow, Esq. | 8860 S. Maryland Pkwy, Suite 106 |
| Nevada Bar No. 12689 | Las Vegas, Nevada 89123 |
| 3030 South Jones Blvd. Suite 101 | |
| Las Vegas, Nevada 89146 | **FREEDOM LAW FIRM** |
| | /s/ Gerardo Avalos |
| | George Haines, Esq. |
| | Nevada Bar No. 9411 |
| | Gerardo Avalos, esq. |
| | Nevada Bar No. 15171 |
| | 8985 S. Eastern Ave., Suite 350 |
| | Las Vegas, Nevada 89123 |

**O R D E R**
**IT IS SO ORDERED**

**DATED:** 4:22 pm, June 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**