Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Comcast Cable Communications Management, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA DOUANGDARA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE INC. AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendants. | CASE NO.  2:22-cv-00852-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (Second Request) |

Plaintiff Anna Douangdara and Defendant Comcast Cable Communications Management, LLC,[1] stipulate and agree that Comcast has up to and including August 5, 2022, to respond to Plaintiff's Complaint (ECF No. 1), to provide Comcast additional time to investigate Plaintiff's allegations and for Comcast to prepare a response.  The current deadline to file a response is July 22, 2022.  Therefore, this stipulation is timely under LR IA 6-1.

---

[1] By filing this Stipulation, Comcast is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMFIRM #404099235 v1

This is the second request for an extension of time for Comcast to respond to the Complaint and is made in good faith and not for purposes of delay.

Dated: July 20, 2022.

| BALLARD SPAHR LLP | FREEDOM LAW |
|---|---|
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark, Esq.<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive Suite 900<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant Comcast Cable Communications Management, LLC* | By: /s Gerardo Avalos<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2022

# Crawford, Adam (LV)

| | |
|---|---|
| **From:** | Gerardo Avalos <gavalos@freedomlegalteam.com> |
| **Sent:** | Tuesday, July 19, 2022 11:53 AM |
| **To:** | Clark, Andrew S. (LV) |
| **Cc:** | Michael Kind; George Haines; Tasca, Joel (LV) |
| **Subject:** | RE: Douangdara v. NCTUE, 22-cv-00852 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

⚠ **EXTERNAL**

Hi Andrew,

You are welcome to file with my signature.

Kind regards,

*Gerardo Avalos, Esq.*
Associate Attorney
Freedom Law Firm
8985 S. Eastern Avenue Suite 350
Las Vegas, NV 89123
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
www.FreedomLegalTeam.com
Frequently Asked Questions





**\*Please Note: CLIENTS WILL BE SEEN BY APPOINTMENT ONLY\***

**Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

**From:** Clark, Andrew S. <clarkas@ballardspahr.com>
**Sent:** Tuesday, July 19, 2022 11:03 AM
**To:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Cc:** Michael Kind <mk@kindlaw.com>; George Haines <ghaines@freedomlegalteam.com>; Tasca, Joel <TASCA@ballardspahr.com>
**Subject:** RE: Douangdara v. NCTUE, 22-cv-00852

Thank you, Gerardo.  Please find the attached stipulation to extend time.  With your consent, we'll get this filed.

**Andrew S. Clark**

**Ballard Spahr** LLP

One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
702.868.7528 DIRECT
702.471.7070 FAX

clarkas@ballardspahr.com
VCARD

-------------------------------
www.ballardspahr.com

---

**From:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Sent:** Monday, July 18, 2022 4:00 PM
**To:** Clark, Andrew S. (LV) <clarkas@ballardspahr.com>
**Cc:** Michael Kind <mk@kindlaw.com>; George Haines <ghaines@freedomlegalteam.com>; Tasca, Joel (LV) <TASCA@ballardspahr.com>
**Subject:** RE: Douangdara v. NCTUE, 22-cv-00852

⚠ **EXTERNAL**

Hi Andrew,

Yes we can agree to the extension, please send over a stipulation.

Kind regards,

*Gerardo Avalos, Esq.*
Associate Attorney
Freedom Law Firm
8985 S. Eastern Avenue Suite 350
Las Vegas, NV 89123
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
www.FreedomLegalTeam.com
Frequently Asked Questions

