Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Comcast Cable
Communications Management, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA DOUANGDARA,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE INC. AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>      Defendants. | CASE NO.  2:22-cv-00852-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Anna Douangdara and Defendant Comcast Cable Communications Management, LLC,[1] stipulate and agree that Comcast has up to and including August 26, 2022, to respond to Plaintiff's Complaint (ECF No. 1), to provide Comcast additional time to investigate Plaintiff's allegations and for Comcast to prepare a response.  The current deadline to file a response is August 5, 2022.  Therefore, this stipulation is timely under LR IA 6-1.

---

[1] By filing this Stipulation, Comcast is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

1       This is the third request for an extension of time for Comcast to respond to the

2  Complaint and is made in good faith and not for purposes of delay.

3       Dated: August 4, 2022.

BALLARD SPAHR LLP                FREEDOM LAW

By: /s/ Andrew S. Clark            By: /s Gerardo Avalos
Joel E. Tasca, Esq.                Gerardo Avalos, Esq.
Nevada Bar No. 14124            Nevada Bar No. 15171
Andrew S. Clark, Esq.            8985 S. Eastern Ave., Suite 350
Nevada Bar No. 14854            Las Vegas, Nevada 89123
1980 Festival Plaza Drive Suite 900  Attorneys for Plaintiff
Las Vegas, Nevada 89135
*Attorneys for Defendant Comcast Cable*
*Communications Management, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2022

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070