Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Comcast Cable Communications Management, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA DOUANGDARA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE INC. AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-00852-JAD-BNW<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT<br><br>(Third Request) |

Plaintiff Anna Douangdara and Defendant Comcast Cable Communications Management, LLC,[1] stipulate and agree that Comcast has up to and September 13, 2022, to respond to Plaintiff's First Amended Complaint (ECF No. 20), to provide Comcast additional time to investigate Plaintiff's allegations and for Comcast to prepare a response.  The current deadline to file a response is August 30, 2022.  Therefore, this stipulation is timely under LR IA 6-1.

---

[1] By filing this Stipulation, Comcast is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

This is the third request for an extension of time for Comcast to respond to the Amended Complaint and is made in good faith and not for purposes of delay.

Dated: August 30, 2022.

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark, Esq.<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive Suite 900<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant Comcast Cable Communications Management, LLC* | By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2022