George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Anna Douangdara*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anna Douangdara,<br><br>            Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; and Comcast Cable Communications Management, LLC,<br><br>            Defendants. | Case No.: 2:22-cv-00852-JAD-BNW<br><br>**Stipulation and Order for an extension of time for Plaintiff to reply to National Consumer Telecom & Utilities Exchange, Inc.'s Response to Motion for Leave to File Document/Excess Pages**<br><br>**ECF No. 33** |

Anna Douangdara ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to reply to Defendant's Response to Motion for Leave to File Document/Excess Pages. ECF 32. This is the first request for an extension of this deadline.

STIPULATION                                  - 1 -

The extension is sought because the parties are working together and are making progress towards reaching a resolution of Plaintiff's claims against Defendant. The parties have agreed that focusing their respective efforts on working towards resolution furthers the interests of this litigation and judicial economy.

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's reply to the pending motion shall be due on or before **November 3, 2022**.

Dated: October 4, 2022.

**FREEDOM LAW FIRM, LLC**

 /s/ Gerardo Avalos
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorney for Plaintiff Anna Douangdara*

**GREENE INFUSO, LLP**

 /s/  Michael Infuso
Michael Infuso, Esq.
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:____10-6-2022_____